The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and SALVATORE FERRAGAMO S.P.A., an Italian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LI YONG, an individual d/b/a PHIL BALDINIE; YANTAITIANMINGWANGLUOKEJIYOUXIANGONGSI, a Chinese entity d/b/a PHIL BALDINIE; WU PIANPIAN, an individual d/b/a HEFEI YANZI TRADING COMPANY; HEFEIZANZISHANGMAOYOUXIANGONGSI, a Chinese entity d/b/a HEFEI YANZI TRADING COMPANY; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-00170-RSM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **RULE 42 MOTION TO CONSOLIDATE CASES** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s and Salvatore Ferragamo S.p.A. (together, "Plaintiffs") *Ex Parte* Rule 42 Motion to Consolidate Cases ("Motion") now pending before this Court. Plaintiffs concurrently filed a notice in the related case reflecting their intent to seek consolidation, and the Defendants in those cases have not appeared or otherwise objected. The Court has considered Plaintiffs' Motion and governing law.

NOW, THEREFORE, the Court orders that *Amazon.com, Inc., et al. v. Jun, et al.*, Case No. 2:21-cv-00171-RSM be consolidated under Case No. 2:21-cv-00170-RSM for all purposes,

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 1
(No. 2:21-cv-00170-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

including trial.

All further pleadings shall be filed in Case No. 2:21-cv-00170-RSM and bear this case number.

SO ORDERED this 29th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 2
(No. 2:21-cv-00170-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson (admitted *pro hac vice*)

865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Anna R. Buono*
Anna R. Buono, WSBA #56580

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: annabuono@dwt.com

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 3
(No. 2:21-cv-00170-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax