The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; and SALVATORE FERRAGAMO S.P.A., an Italian corporation,

Plaintiffs,

v.

LI YONG, an individual d/b/a PHIL BALDINIE; et al.,

Defendants.

Consolidated Case No. 2:21-cv-00170-RSM

Consolidated Case: 2:21-cv-00171-RSM

**PLAINTIFFS' *EX PARTE* MOTION TO EXTEND TIME TO SERVE SUMMONSES AND COMPLAINT**

NOTE ON MOTION CALENDAR: MAY 12, 2021

## I. INTRODUCTION AND RELIEF REQUESTED

Plaintiffs Amazon.com, Inc. ("Amazon") and Salvatore Ferragamo S.p.A. ("Ferragamo") (collectively, "Plaintiffs") respectfully move the Court to continue the deadline to serve the summonses and complaint by 90 days, to August 12, 2021. After extensive efforts to locate and serve Defendants in the United States, Plaintiffs moved for expedited discovery to uncover the true locations of Defendants and properly serve them. Plaintiffs have now determined that Defendants are likely located in China. Given the uncertainty of Defendants' exact locations and the extent to which Defendants worked to mislead Plaintiffs as to their



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

whereabouts, Plaintiffs now intend to move for authorization to serve the complaints and all relevant pleadings on Defendants via the email addresses used to register their Amazon Selling Accounts ("Selling Accounts") pursuant to Federal Rule of Civil Procedure 4(f)(3). Plaintiffs therefore request additional time to move for alternative service and to serve the summonses and complaint.

## II. BACKGROUND

On February 11, 2021, Plaintiffs filed two complaints alleging claims for trademark infringement, false designation of origin, and false advertising under the Lanham Act, and violations of the Washington Consumer Protection Act. *See, e.g.*, Complaint, Dkt. 1. On March 31, 2021, and after extensive but unsuccessful efforts to locate and serve Defendants in the United States, Plaintiffs filed motions in each matter pursuant to Federal Rule of Civil Procedure 26(f) to obtain expedited discovery from email service providers, banks, and virtual private server/internet service providers utilized by the Defendants or associated with their illegal counterfeiting scheme. *See, e.g.*, Dkt. 12. The Court granted Plaintiffs' motion on April 2, 2021. Dkt. 15. Plaintiffs then filed a Motion to Consolidate the two cases along with corresponding notices in the individual member cases pursuant to Federal Rules of Civil Procedure 42. Dkt. 16. On April 29, 2021, the Court granted Plaintiffs' motion and consolidated the two cases for all purposes under lead case number 2:21-cv-00170. Dkt. 17.

Plaintiffs' claims arise from Defendants' unlawful sale of counterfeit Ferragamo belts without authorization on Amazon.com. Plaintiffs have unsuccessfully attempted service on Defendants at their purported business addresses in the U.S. and other U.S.-based addresses associated with sellers' accounts and determined that they were locations where Defendants could not be located. *See* Declaration of Anna R. Buono in Support of Plaintiffs' Motion for Expedited Discovery, Dkt. 14 at ¶¶ 2-4. Plaintiffs have obtained discovery from Defendants' email service providers, banks, and virtual private server/internet service providers. Declaration of Anna R. Buono in Support of Plaintiffs' *Ex Parte* Motion to Extend Time to Serve Summonses and Complaint ("Buono Decl.") ¶ 2. Through this discovery, Plaintiffs have



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

recently uncovered information suggesting that Defendants are actually located in China. *Id.*

## III. ARGUMENT

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant in the U.S. within 90 days after filing a complaint. Upon a showing of good cause, the Court must extend the 90-day period. Fed. R. Civ. P 4(m). Courts in the Ninth Circuit find that evasion of service constitutes good cause to extend the 90-day period. *Zoosk, Inc. v. Dyle*, 2011 WL 635279, at *3 (N.D. Cal. Feb. 11, 2011) (granting 90-day extension to serve defendants so as not to reward defendants for evading service); *Ewing v. Pollard*, 2019 WL 4736201, at *2 (S.D. Cal. Sept. 27, 2019) ("[G]ood cause exists for an additional extension of the time period required by Federal Rule of Civil Procedure 4(m) for Ewing to serve Pollard because of Pollard's apparent attempts to evade service.").

An extension is warranted here. Plaintiffs have attempted to identify and locate Defendants by serving the business addresses Defendants provided in connection with registration of their Selling Accounts that purport to be located in the U.S. Dkt. 14 at ¶¶ 2-5. Those responsible for Defendants' Selling Accounts could not be located at these addresses. *Id.* Plaintiffs have now obtained discovery from Defendants' email service providers, banks, and virtual private server/internet service providers and determined that Defendants are likely located in China and not the United States. Buono Decl. ¶ 2.

Because Plaintiffs have determined that Defendants are likely located in China, Plaintiffs now intend to move for authorization to serve the complaints and all relevant pleadings on Defendants via the email addresses used to register their Selling Accounts pursuant to Federal Rule of Civil Procedure 4(f)(3). Good cause therefore exists pursuant to Federal Rule of Civil Procedure 4(m) to extend the time to serve the summonses and complaint and so that Plaintiffs may seek leave to move for alternative service.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully move the Court to continue the deadline to serve the summonses and complaint by 90 days, to August 12, 2021.

DATED this 12th day of May, 2021.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson (admitted *pro hac vice*)

865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Anna R. Buono*
Anna R. Buono, WSBA #56580

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: annabuono@dwt.com