The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; and SALVATORE FERRAGAMO S.P.A., an Italian corporation,

Plaintiffs,

v.

LI YONG, an individual d/b/a PHIL BALDINIE; et al.,

Defendants.

Consolidated Case No. 2:21-cv-00170-RSM

Consolidated Case: 2:21-cv-00171-RSM

**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND TIME TO SERVE SUMMONSES AND COMPLAINT**

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s and Salvatore Ferragamo S.p.A.'s (together, "Plaintiffs") Motion to Extend Time to Serve Summonses and Complaint ("Motion"). Having considered Plaintiffs' Motion, supporting declaration, and the governing law, the Court hereby GRANTS the Motion. Accordingly, Plaintiff's deadline to serve the complaints pursuant to Federal Rule of Civil Procedure 4(m) is hereby EXTENDED to August 12, 2021.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this ___________ day of _________________________, 2021.

_________________________________
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson (admitted *pro hac vice*)

865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Anna R. Buono*
Anna R. Buono, WSBA #56580

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: annabuono@dwt.com