The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and SALVATORE FERRAGAMO S.P.A., an Italian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LI YONG, an individual d/b/a PHIL BALDINIE; et al.,<br><br>Defendants. | Consolidated Case No. 2:21-cv-00170-RSM<br><br>Consolidated Case: 2:21-cv-00171-RSM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR EXTENSION OF INITIAL DEADLINES**<br><br>NOTE ON MOTION CALENDAR: JULY 13, 2021 |

This matter came before the Court on consideration of Plaintiffs Amazon.com, Inc.'s ("Amazon") and Salvatore Ferragamo S.p.A.'s ("Ferragamo") (collectively, "Plaintiffs") Motion to Extend Deadlines for the parties' Rule 26(f) Conference, Initial Disclosures, and Joint Status Report ("Motion"), and for good cause shown, it is hereby ORDERED that:

The Motion is GRANTED. The Court extends the current deadlines for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f), serve initial disclosures pursuant to 26(a)(1), and file a joint status report as required by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), as follows:

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF INITIAL DEADLINES - 1
(No. 2:20-cv-00170-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| Deadline | Current Date | Proposed Extended Date |
|---|---|---|
| FRCP 26(f) Conference | July 13, 2021 | October 3, 2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | July 20, 2021 | October 20, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | July 27, 2021 | October 27, 2021 |

SO ORDERED this 14th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Lauren Rainwater*
Lauren B. Rainwater, WSBA #43625
Anna Buono, WSBA #56580
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com
annabuono@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson, admitted *pro hac vice*
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXTENSION OF INITIAL DEADLINES - 2
(No. 2:20-cv-00170-RSM)