The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and SALVATORE FERRAGAMO S.P.A., an Italian corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LI YONG, an individual d/b/a PHIL BALDINIE; YANTAITIANMINGWANGLUOKEJIYOUXIANGONGSI, a Chinese entity d/b/a PHIL BALDINIE; WU PIANPIAN, an individual d/b/a HEFEI YANZI TRADING COMPANY; HEFEIZANZISHANGMAOYOUXIANGONGSI, a Chinese entity d/b/a HEFEI YANZI TRADING COMPANY; and DOES 1-10,<br><br>                    Defendants. | Lead Consolidated Case No. 2:21-cv-00170-RSM |
| AMAZON.COM, INC., a Delaware corporation; and SALVATORE FERRAGAMO S.P.A., an Italian corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ZHAO HAO JUN, an individual d/b/a ZHAOHA032OJUN; ZHANG LIANFA, an individual d/b/a CANGZHOUSHUOFENGDIANZIKEJIZZX; CANGZHOUSHUOFENGDIANZIKEJIYOUXIANGONGSI, a Chinese entity; GUOXIN DAI, an individual; and DOES 1-10,<br><br>                    Defendants. | Member Consolidated Case: 2:21-cv-00171-RSM<br><br>**ORDER GRANTING PLAINTIFFS' FIFTH *EX PARTE* MOTION FOR FURTHER EXTENSION OF INITIAL CASE DEADLINES** |

ORDER GRANTING PLAINTIFFS' FIFTH *EX PARTE* MOTION FOR
EXTENSION OF INITIAL CASE DEADLINES- 1
(No. 2:21-cv-00170-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

This matter came before the Court on consideration of Plaintiffs Amazon.com, Inc.'s ("Amazon") and Salvatore Ferragamo S.p.A.'s ("Ferragamo") (collectively, "Plaintiffs") Fifth *Ex Parte* Motion to Extend Deadlines for the parties' Rule 26(f) conference, initial disclosures, and combined joint status report and discovery plan, and for good cause shown, it is hereby ORDERED that:

The Motion is GRANTED. The Court extends the current deadlines for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f), serve initial disclosures pursuant to 26(a)(1), and file a joint status report as required by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), as follows:

| Deadline | Current Date | Revised Date |
|---|---|---|
| FRCP 26(f) Conference | November 29, 2022 | February 27, 2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | December 19, 2022 | March 20, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | December 26, 2022 | March 27, 2023 |

SO ORDERED this 30th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' FIFTH *EX PARTE* MOTION FOR EXTENSION OF INITIAL CASE DEADLINES- 2
(No. 2:21-cv-00170-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085

865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com

*s/ Olivia M. Powar*
Olivia M. Powar, WSBA #59504

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: oliviapowar@dwt.com

ORDER GRANTING PLAINTIFFS' FIFTH *EX PARTE* MOTION FOR EXTENSION OF INITIAL CASE DEADLINES- 3
(No. 2:21-cv-00170-RSM)