UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LI YONG, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. C21-170-RSM<br><br>ORDER OF REFERRAL |

The Court issues this Order in response to Plaintiffs Amazon.com, Inc. and Salvatore Ferragamo S.p.A.'s Notice of Counterfeit Enforcement Action (Dkt. 47) filed on April 13, 2023, and *In re Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023).

Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants, including Plaintiffs' pending Motion for Leave to File Over-Length Ex Parte Motion for Alternate Service (Dkt. #41) and Plaintiffs' Motion for Alternative Service (Dkt. #42), to the Magistrate Judges designated by General Order 03-23.

The Clerk is ordered to provide copies of this order to all counsel.

DATED this 18th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1