UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

        Plaintiffs,

   v.

LI YONG, et al.,

        Defendants.

Case No. C21-0170-RSM-SKV

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH EX PARTE MOTION FOR ALTERNATIVE SERVICE

Plaintiffs filed a Motion for Leave to File Over-Length *Ex Parte* Motion for Alternative Service. Dkt. 41. They request leave to file a motion for alternative service not to exceed 2,580 words. Finding the request reasonable, the Court herein GRANTS Plaintiffs' Motion.

Dated this 20th day of April, 2023.

S. KATE VAUGHAN
United States Magistrate Judge